JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY E. WINCHESTER, | CASE NO. SACV 13-0569-DOC(JPRx) |
| Plaintiff(s), | |
| V. | ORDER DISMISSING CIVIL ACTION |
| CACH LLC, ET AL., | |
| Defendant(s). | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **December 20, 2013**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: October 15, 2013

_____
DAVID O. CARTER
United States District Judge